**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 18, 2007**

Mr. Shawn F. Khorrami
Ms. Patricia Mitchell
Law Offices of Shawn Khorrami
14550 Haynes Street
Suite 300
Van Nuys, CA 91411

    Re:   *Aitchison v. Wyeth*, 4:04-CV-01124
           PPO 8 Motion to Dismiss

Dear Mr. Khorrami:

Thank you for your letter of May 17, 2007.

If Ms. Hume and Ms. Ulibarri have claims against Pfizer and Schering AG/Berlex, they must make them more apparent by an amended complaint -- to be filed no later than noon, Friday, June 1, 2007.

                          Cordially,

                          /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record